NUMBER
13-05-592-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

__________________________________________________________________

 

FELIX PENA,                                                           Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                  On
appeal from the 105th District Court 

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

  Before
Chief Justice Valdez and Justices Rodriguez and Castillo

                       Memorandum
Opinion Per Curiam

 








Appellant, FELIX PENA, perfected
an appeal from a judgment entered by the 
105th District Court of Nueces County,
Texas,  in cause number 04-CR-1597-D.  Appellant has filed a motion to withdraw the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to withdraw
the appeal, is of the opinion that appellant's motion to withdraw the appeal
should be granted.  Appellant's motion to
wtihdraw the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

Memorandum Opinion
delivered and filed this

the 20th
day of October, 2005.